**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00668-CV

## BURCKHARDT COMPRESSION NORTH AMERICA SERVICES LLC, BURCKHARDT COMPRESSION AG, AND BURCKHARDT COMPRESSION (US) INC., Appellants

### V.

## DANIEL B. CANNON AND ARKOS FIELD SERVICES, LP, Appellees

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2018-87696**

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed August 14, 2019, denying a motion to compel arbitration and stay trial court proceedings. On November 25, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.